UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SINOTRANS LIMITED PROJECT TRANSPORTATION :
BRANCH CHINA,
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff,　　　　　　　　　 :　　08 Civ. 3535 (AKH)
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　- against -　　　　　　　　　　　　　　　　　　:　　ECF CASE
　　　　　　　　　　　　　　　　　　　　　　　　　:
GOKUL REFOILS & SOLVENT LTD., a/k/a GOKUL　 :
REFOILS AND SOLVENTS LIMITED,
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　　　　　　　　　:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

### ORDER TO UNSEAL CASE

This Court ordered on April 11, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
　　　　May ___, 2008

　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Alvin K. Hellerstein
　　　　　　　　　　　　　　　　　　United States District Judge