UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SINOTRANS LIMITED PROJECT TRANSPORTATION :
BRANCH CHINA,                              :
                                           :
                Plaintiff,    :    08 Civ. _____
                                           :
- against -                                :    ECF CASE
                                           :
GOKUL REFOILS & SOLVENT LTD., a/k/a GOKUL  :
REFOILS AND SOLVENTS LIMITED,              :
                                           :
                Defendant.    :
------------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: April 11, 2008
       Southport, CT

                              The Plaintiff,
                              SINOTRANS LIMITED PROJECT
                              TRANSPORTATION BRANCH CHINA

                      By:_____Anne C. LeVasseur_____
                              Patrick F. Lennon
                              Anne C. LeVasseur
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050
                              facsimile (212) 490-6070
                              pfl@lenmur.com
                              acl@lenmur.com