UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SINOTRANS LIMITED PROJECT
TRANSPORTATION BRANCH CHINA

                     Plaintiff,

- against -

GOKUL REFOILS & SOLVENT LTD., a/k/a

GOKUL REFOILS AND SOLVENT LIMTED

                     Defendant,

Case No. 08 CV 3535 (AKH)

**NOTICE OF LIMITED
APPEARANCE**

PLEASE TAKE NOTICE, that GOKUL REFOILS & SOLVENT LTD., a/k/a GOKUL REFOILS AND SOLVENT LIMTED, the Defendant in the above-captioned action, has appointed as counsel:

> WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
> Alfred E. Yudes, Jr. (AEY-4152)
> Neil A. Quartaro (NAQ-9640)
> 100 Park Avenue, 31st Floor
> New York, NY 10017
> Tel: (212) 922-2200
> Fax: (212) 922-1512

And henceforth all pleadings and correspondence are to be served on counsel at the address above:

        WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

By: _____
        Alfred E. Yudes, Jr. (AEY-4152)
        Neil A. Quartaro (NAQ-9640)
        100 Park Avenue, 31st Floor
        New York, NY 10017
        Tel: (212) 922-2200
        Fax: (212) 922-1512

19100180 v1