UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SINOTRANS LIMITED PROJECT
TRANSPORTATION BRANCH CHINA

       Plaintiff,

- against -

GOKUL REFOILS & SOLVENT LTD., a/k/a

GOKUL REFOILS AND SOLVENT LIMTED

       Defendant,

---

Case No. 08 CV 3535 (AKH)

**NOTICE OF LIMITED APPEARANCE**

  PLEASE TAKE NOTICE, that GOKUL REFOILS & SOLVENT LTD., a/k/a GOKUL REFOILS AND SOLVENT LIMTED, the Defendant in the above-captioned action, has appointed as counsel:

    WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
    Alfred E. Yudes, Jr. (AEY-4152)
    Neil A. Quartaro (NAQ-9640)
    100 Park Avenue, 31st Floor
    New York, NY 10017
    Tel: (212) 922-2200
    Fax: (212) 922-1512

And henceforth all pleadings and correspondence are to be served on counsel at the address above:

    WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

By: _____
    Alfred E. Yudes, Jr. (AEY-4152)
    Neil A. Quartaro (NAQ-9640)
    100 Park Avenue, 31st Floor
    New York, NY 10017
    Tel: (212) 922-2200
    Fax: (212) 922-1512