```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
                                                    │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                        │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                       │ DOC #: _____        │
                                                    │ DATE FILED: 7/18/08         │
                                                    └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SINOTRANS LIMITED PROJECT TRANSPORTATION :
BRANCH CHINA,                                        :
                                                     :
                    Plaintiff,                       :    08 Civ. 3535 (AKH)
                                                     :
        - against -                                  :    ECF CASE
                                                     :
GOKUL REFOILS & SOLVENT LTD., a/k/a GOKUL            :    **ORDER**
REFOILS AND SOLVENTS LIMITED,                        :
                                                     :
                    Defendant.                       :
-------------------------------------------------------X

At the parties' request, this action is hereby placed on the Court's suspense docket pending completion of the related arbitration in Singapore. The parties are directed to submit a status report to the Court by October 17, 2008, as to the status of the arbitration proceedings and whether this action should be continued on suspense, dismissed, or restored on the active docket, *and* *every 90 days thereafter.* *AKH* Failure to submit such status report shall result in dismissal of this action.

Upon notice to opposing counsel, counsel for either party may at any time apply by letter for restoration of the action to the active docket, in which event the action shall be so restored.

The parties reserve all their rights and remedies to this action.

SO ORDERED.

Dated: New York, New York
       July 18, 2008

                                        SO ORDERED

                                        _____
                                        Hon. Alvin K. Hellerstein
                                        United States District Judge